20524. SMITH *v.* THE STATE.

Decided June 10, 1930.

*McDonald & McDonald,* for plaintiff in error, cited: 24 *Ga. App.* 357; 25 *Ga. App.* 427, 542; 21 *Ga. App.* 81; 37 *Ga. App.* 494; 30 *Ga. App.* 61; 40 *Ga. App.* 621.

*T. Hoyt Davis, solicitor-general,* contra.

BROYLES, C. J. The evidence connecting the accused with the offense charged was wholly circumstantial and was not sufficient to exclude every reasonable hypothesis save that of her guilt. It follows that the verdict of conviction was unauthorized, and that the court erred in refusing to grant a new trial.

*Judgment reversed. Luke and Bloodworth, JJ., concur.*